IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02272-PAB-BNB

BRUCE K. MARVIN,

Plaintiff,

v.

AQUIFER SOLUTIONS, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to File Amended Complaint** [docket no. 22, filed February 3, 2010] (the "Motion").

IT IS ORDERED that the Motion is DENIED for failure to comply with D.C.COLO.LRCivR 7.1(A).


DATED:  February 5, 2010