IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-02272-PAB-BNB | Date: February 25, 2010 |
| Courtroom Deputy: Kathleen Finney | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| BRUCE K. MARVIN, | Kevin F. Amatuzio |
| | Michael R. Traven (telephone) |
| Plaintiffs, | |
| v. | |
| AQUIFER SOLUTIONS, INC., | F. Stephen Collins |
| Defendants. | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in session: 8:59 a.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff's Amended Motion for Leave to File First Amended Complaint [Doc. No. 26, filed 2/9/2010] is **GRANTED for reasons stated on the record. The Clerk of the Court is directed to file the First Amended Complaint as of today's date.**

Court in Recess    9:28 a.m.    Hearing concluded.    Total time in Court: 00:27

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.