IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02272-PAB-BNB

BRUCE K. MARVIN,

Plaintiff,

v.

AQUIFER SOLUTIONS, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Amended Motion for Leave to File First Amended Complaint** [Doc. # 26, filed 2/9/2010] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend [Doc. # 26] is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint for Money Damages and Declaratory Judgment [Doc. # 26-2].

Dated February 25, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge