**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02272-PAB-BNB

BRUCE K. MARVIN,

    Plaintiff,

v.

AQUIFER SOLUTIONS, INC., et al.

    Defendants.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE, EACH PARTY TO BEAR HIS, HER OR ITS OWN COSTS AND ATTORNEYS' FEES**

---

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their counsel, hereby submit this Stipulation for Dismissal With Prejudice, Each Party to Bear His, Her or Its Own Costs and Attorneys' Fees. In support of this Stipulation, Plaintiff and Defendants state they have resolved their differences and that they wish to dismiss all claims that were asserted in this action with prejudice, each party to bear his, her or its own costs and attorneys' fees.

Date: May 21, 2010

                                               s/F. Stephen Collins
                                               F. Stephen Collins
                                               Ducker, Montgomery, Aronstein & Bess, P.C.
                                               1560 Broadway, Suite 1400
                                               Denver, CO  80202
                                               Telephone: 303-861-2828
                                               Facsimile: 303-861-4017
                                               Email: fscollins@duckerlaw.com
                                               Attorneys for Defendants

2

Date: <u>May 21, 2010</u>   <u>s/Stephen D. Jones</u>
Stephen D. Jones, Esq.
Michael R. Traven, Esq.
Roetzel & Andress, LPA-Columbus
155 East Broad Street, 12th Floor
Columbus, OH 43215
Email: sjones@ralaw.com
   mtraven@ralaw.com
Attorneys for Plaintiff